PEOPLE OF THE STATE OF NEW YORK ex rel. ANTHONY J. BURGER et al., Respondents, *v.* BENJAMIN F. BLAIR et al., as the Board of Elections of the City of Brooklyn, Appellants.

SAME, Appellants, *v.* SAME, Respondents.

*People ex rel. Burger* v. *Blair,* 21 App. Div. 213, affirmed.
(Argued October 20, 1897; decided October 22, 1897.)

APPEALS from orders of the Appellate Division of the Supreme Court in the second judicial department, entered October 19, 1897, one of which affirmed an order of Special Term granting a peremptory writ of mandamus to compel the board of elections of the city of Brooklyn to receive and file the certificate of nomination of the relators as coroners of the

borough of Brooklyn, and the other of which affirmed an order of Special Term denying relators' application for a peremptory writ of mandamus to compel the board to receive and file their nomination as coroners of the county of Kings.

*Joseph A. Burr* for defendants.

*Nathaniel H. Clement* and *Isaac M. Kapper* for relators.

Orders affirmed on opinion below.
All concur.